```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    Federal Building
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00240 DLB |
| ) | |
| Plaintiff, ) | GOVERNMENT'S REQUEST FOR |
| ) | CONTINUANCE OF |
| ) | ARRAIGNMENT; ORDER |
| v. ) | THEREON |
| ) | |
| TERRY IRWIN, ) | |
| ) | |
| Defendant. ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Mark J. McKeon, Assistant United States Attorney, respectfully moves this court for an order continuing the arraignment on the information from September 4, 2008, to October 2, 2008.

///

///

///

///

///

///

1

The government is not requesting re-service of the summons. The defendant's counsel is aware of the change.

Dated: September 4, 2008               Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                 By    /s/ Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney

**ORDER**

    IT IS SO ORDERED.

**Dated:   September 4, 2008**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2