1 | McGREGOR W. SCOTT
United States Attorney
2 | MARK J. McKEON
Assistant U.S. Attorney
3 | MISDEMEANOR UNIT
Federal Building
4 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
5 | Telephone: (559) 497-4000

6

7

8

                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11
UNITED STATES OF AMERICA,          )      1:08-cr-00240 DLB
12                                  )
                 Plaintiff,         )      GOVERNMENT'S REQUEST FOR
13                                  )      CONTINUANCE OF
                                    )      ARRAIGNMENT; ORDER
14                    v.            )      THEREON
                                    )
15 | TERRY IRWIN,                   )
                                    )
16                Defendant.        )
   |_____)
17

18      The United States of America, by and through McGregor W.

19 | Scott, United States Attorney, and Mark J. McKeon, Assistant

20 | United States Attorney, respectfully moves this court for an order

21 | continuing the arraignment on the information from October 2,

22 | 2008, to November 6, 2008.

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

                                    1

1       The government is not requesting re-service of the summons.

2   The defendant's counsel is aware of the change.

3

4   Dated: October 1, 2008                    Respectfully submitted,

5                                             McGREGOR W. SCOTT
                                              United States Attorney
6

7                                        By   /s/ Mark J. McKeon
                                              MARK J. McKEON
8                                             Assistant U.S. Attorney

9

10                                **ORDER**

11      IT IS SO ORDERED.

12      **Dated:    October 1, 2008**              **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28