Anthony D. Prince (202892)
Law Offices of Anthony D. Prince
2425 Prince Street, #100
Berkeley, California 94705
Telephone: (510)845-5475

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

TERRY IRWIN,

     Defendant.

_____/

CASE NO.  1:08-cr-00240 DLB

STIPULATION FOR EXTENSION OF DEADLINE FOR DEFENDANTS TO FILE VARIOUS PRE-TRIAL MOTIONS; (Proposed) ORDER

     The UNITED STATES OF AMERICA, by and through LAWRENCE G. BROWN, Acting United States Attorney and Laurel J. Montoya, Assistant United States Attorney and TERRY IRWIN, by and through Law Offices of Anthony D. Prince, attorneys for Defendant TERRY IRWIN, respectfully move this court for an order for a 60-day extension of time from February 6, 2009 to and including April 9, 2009 to file various motions in the above-captioned case. In addition, the parties, by and through their

respective counsel, move this court to extend by 60 days from March 6, 2009 to and including May 9, 2009 date for Plaintiff to respond to said motions; and request the Court to continue the motion hearing set in Department 10 before Honorable Gary S. Austin 60 days out from March 26, 2009 to and including May 28, 2009 or as soon thereafter as the Court may hear this matter. The parties, through their respective counsel have stipulated that excludable time started on November 6, 2008 and will stop on the motion hearing date, which will be either May 28, 2009 or date as set forth by the Court or ruling.

Dated: January 30, 2009                                  Respectfully submitted,


                                                         LAWRENCE G. BROWN,
                                                         Acting United States Attorney


                                                By       /s/    Laurel J. Montoya
                                                         LAUREL J. MONTOYA
                                                         Assistant U.S. Attorney

and

                                                By       /s/    Anthony D. Prince
                                                         ANTHONY D. PRINCE,
                                                         Law Offices of Anthony D. Prince
                                                         Attorneys for Defendant
                                                         TERRY IRWIN


**ORDER**

   IT IS SO ORDERED.

Dated: February 17, 2009                                 ____/s/ Dennis L. Beck____
                                                         U.S. Magistrate Judge