```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CASE NO. 1:08-cr-00240-AWI
                                  )
12              Plaintiff,        )  STIPULATION TO CONTINUE MOTIONS
                                  )  AND STATUS CONFERENCE HEARING
13  v.                            )  AND ORDER THEREON
                                  )
14  TERRY IRWIN                   )
                                  )
15              Defendant(s).     )
                                  )
16  _____)
```

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorney(s) of record, that the motions and status hearing currently set for April 6, 2009, may be continued to **July 13, 2009**, at **9:00 a.m.** in Courtroom 2, before the Honorable Anthony W. Ishii, Chief Judge of the United States District Court. The parties respectfully request that a new motions schedule be set as follows:

    Filing:   June 8, 2009;

    Response: June 29, 2009; and

    Reply:    July 6, 2009.

This request is being made because the parties are attempting to resolve the matter prior to filing and litigating motions.

1

Additional time is needed by the parties to discuss the offers and for further negotiation. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, and have stipulated that excludable time started on November 6, 2008 and will stop on the hearing on motions and status conference date of July 13, 2009.

Dated: April 1, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By : /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

AND

By : /s/ Anthony D. Prince
ANTHONY D. PRINCE
Attorney for Defendant
TERRY IRWIN

**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice. IT IS SO ORDERED.

**Dated:   April 1, 2009**              /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE