```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CASE NO. 1:08-cr-00240-AWI
                                   )
12               Plaintiff,        )  STIPULATION TO CONTINUE MOTIONS
                                   )  AND STATUS CONFERENCE HEARING
13  v.                             )  AND ORDER THEREON
                                   )
14  TERRY IRWIN                    )
                                   )
15               Defendant(s).     )
                                   )
16  _____ )
```

17       IT IS HEREBY STIPULATED by and between the parties hereto,
18  through their respective attorney(s) of record, that the motions and
19  status hearing currently set for July 13, 2009, may be continued to
20  **November 16, 2009,** at **9:00 a.m.** in Courtroom 2, before the Honorable
21  Anthony W. Ishii, Chief Judge of the United States District Court.
22  The parties respectfully request that a new motions schedule be set
23  as follows:
24       Filing:   October 19, 2009;
25       Response: November 2, 2009; and
26       Reply:    November 9, 2009.
27       This request is being made because the parties are attempting to
28  resolve the matter prior to filing and litigating motions.

1

Additional time is needed for the defense to conduct further investigation and preparation.  Additional time is also needed for the parties to discuss offers and for further negotiation.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, and have stipulated that excludable time started on November 6, 2008 and will stop on the hearing on motions and status conference date of November 16, 2009.

Dated: June 5, 2009                    Respectfully submitted,

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney


                                  By : /s/ Laurel J. Montoya
                                       LAUREL J. MONTOYA
                                       Assistant U.S. Attorney

                                  AND

                                  By : /s/ Anthony D. Prince
                                       ANTHONY D. PRINCE
                                       Attorney for Defendant
                                       TERRY IRWIN


**O R D E R**

    IT IS SO ORDERED.  Time is excluded in the interests of justice.

IT IS SO ORDERED.

**Dated:   June 5, 2009**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE